IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | ) | |
|---|---|---|
| MARCUS D. CANADY, | ) | |
| Petitioner-Defendant, | ) ) ) | |
| v. | ) ) | Case Nos. 10-cv-501-bbc<br>07-cr-61-bbc |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent-Plaintiff. | ) ) | |

---

ORDER

Upon the application of the United States,

IT IS HEREBY ORDERED, that petitioner, Marcus Canady, has waived his attorney-client privilege as to all communications relating to his claim that his attorney was ineffective in his representation of Canady in case number 07-CR-61.

Dated this 20th day of September, 2010.

BARBARA B. CRABB
United States District Judge